JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PHILLIPS,<br><br>   Petitioner,<br><br>  vs.<br><br>D. K. JOHNSON, Warden,<br><br>   Respondent. | Case No. EDCV15-02313-VAP (DTB)<br><br>**J U D G M E N T** |

  Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction of United States Magistrate Judge,

  IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 8, 2016_____

            */s/ Virginia A. Phillips*
            _____
            VIRGINIA A. PHILLIPS
            UNITED STATES DISTRICT JUDGE